■ JOHN OLIPHANT, Appellant, v COUNTY OF SUFFOLK et al., Respondents.—In a proceeding pursuant to General Municipal Law § 50-e for leave to serve a late notice of claim, the petitioner appeals from an order of the Supreme Court, Suffolk County (Campbell, J.), dated May 8, 1984, which denied the application.

Order affirmed, without costs or disbursements.

On the record presented, Special Term properly exercised its discretion in denying the application. Lazer, J. P., Thompson, Rubin and Kunzeman, JJ., concur.